■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REUBEN ROWE, Appellant. [783 NYS2d 302]—Application by the

appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 15, 1991 (*People v Rowe,* 172 AD2d 701 [1991]), affirming a judgment of the County Court, Westchester County, rendered December 19, 1986.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Ritter, Santucci and Florio, JJ., concur.